**Robert Malcolm JACKSON, Petitioner–Appellant,**

v.

**James V. PEGEUSE, Warden; Joseph Curran, Jr., Attorney General for the State of Maryland, Respondents–Appellees.**

**No. 07–6105.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2007.

Decided: Nov. 16, 2007.

Robert Malcolm Jackson, Appellant Pro Se. John Joseph Curran, Jr., Edward John Kelley, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Malcolm Jackson seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Jackson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Jackson's motion for correction or modification of the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*